Form NTCCONF (02/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Richard Hernandez**<br>1110 25th St<br>Manistee, MI 49660<br>SSN: xxx–xx–4140<br>**Bobbie Hernandez**<br>1110 25th St<br>Manistee, MI 49660<br>SSN: xxx–xx–2129<br><br>        **Debtors** | **Case Number 19–00524–jwb**<br><br>**Chapter 13**<br><br>**Honorable James W. Boyd** |

### NOTICE OF ORDER CONFIRMING
### CHAPTER 13 PLAN

    Pursuant to Fed. R. Bankr. P. 9022, you are hereby notified that on 6/28/19 , this Court signed an order confirming the debtor(s) Chapter 13 Plan as last amended (if applicable). The Court found that the plan complies with the requirements for confirmation pursuant to 11 U.S.C. § 1325(a) and other applicable provisions of the Bankruptcy Code.



DANIEL M. LAVILLE
CLERK OF BANKRUPTCY COURT

**Dated:** June 28, 2019

/S/ _____
K. Botma
Deputy Clerk

A copy of this Notice was transmitted to the Bankruptcy Noticing Center for service upon all creditors and parties of interest appearing of record herein. ( 6/28/19 – klb )